1  RACHELE R. BYRD (SBN 190634)
   MARISA C. LIVESAY (SBN 223247)
2  BRITTANY N. DEJONG (SBN 258766)
   **WOLF HALDENSTEIN ADLER**
3    **FREEMAN & HERZ LLP**
   750 B Street, Suite 1820
4  San Diego, CA 92101
   Telephone: (619) 239-4599
5  Facsimile: (619) 234-4599
   byrd@whafh.com
6  livesay@whafh.com
   dejong@whafh.com
7
   *Attorneys for Plaintiff*
8  [Additional Counsel on Signature Page]

9              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
10                **SAN FRANCISCO DIVISION**

11 SHIVA STEIN,                              )  Case No. 3:19cv1261-WHO
                                             )
12              Plaintiff,                   )
                                             )
13      v.                                   )  **NOTICE OF VOLUNTARY DISMISSAL**
                                             )
14 ELLIE MAE, INC., SIGMUND                  )
   ANDERMAN, JONATHAN H. CORR,               )
15 KAREN BLASING, CARL BUCCELLATO,           )
   CRAIG DAIVS, A. BARR DOLAN,               )
16 ROBERT J. LEVIN, MARINA LEVINSON,         )
   JEB S. SPENCER, and RAJAT TANEJA,         )  JUDGE: Hon. William H. Orrick
17                                           )  CTRM: B – 15th Floor
                Defendants.                  )
18                                           )
                                             )
19                                           )
                                             )
20                                           )

1     PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),
2  plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the
3  "Action") with prejudice as to Plaintiff and without prejudice as to the putative Class. Defendants
4  have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action
5  is therefore effective upon the filing of this notice. Plaintiff requests that this Court retain continuing
6  jurisdiction for purposes of entertaining a mootness fee application, if any, which will be filed under
7  this case number.

DATED: May 6, 2019

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
      RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*